**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 05-718-PHX-JAT |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Cornelio Armenta-Jimenez, ) | |
| Defendant. ) | |

Pending before the Court is Defendant's "Motion to Obtain Records." Doc. #64. The Court will deny the motion.

**I.   Background**

On December 21, 2005, Defendant entered a plea of guilty to reentry after deportation in violation of 8 U.S.C. §1326(a) and (b)(2). He was sentenced to a term of 77 months imprisonment and 3 years of supervised release. Defendant appealed his conviction and sentence, and both were affirmed by the Court of Appeals. Doc. #62. Defendant filed a motion for time reduction (Doc. #43), which was denied because Defendant did not file an amended motion as required by this Court's order of April 27, 2006. *See* Doc. #44 and 55. Currently there is no motion to vacate his sentence under 28 U.S.C. § 2255 pending.

**II.   Discovery**

In his Motion to Obtain Records, Defendant seeks to obtain "a copy of Sentencing Transcript and Transcript of Rearrignment [*sic*]." Doc. #64. Defendant claims that he needs

1  these transcripts in order to possibly make a collateral attack on his sentence, presumably
2  under 28 U.S.C. § 2255.  Although 28 U.S.C. § 753(f) authorizes the district court to provide
3  transcripts to a defendant at no cost in some cases, it does not authorize the district court to
4  order payment for transcripts or other documents if the defendant has not yet filed a collateral
5  attack on his conviction or sentence under 28 U.S.C. § 2255.  United States v. MacCollom,
6  426 U.S. 317, 321 (1976).  Defendant does not currently have § 2255 proceedings pending
7  in this Court.  Accordingly, to the extent that Defendant seeks copies at Court expense, his
8  Motion must be denied.  If Defendant seeks copies of documents in the Court's file at his
9  own expense, he should submit a request directly to the Clerk of Court.

      **IT IS ORDERED** that Defendant's Motion to Obtain Records (Doc. #64) is **denied**.

      DATED this 4th day of June, 2008.

                                      James A. Teilborg
                                      United States District Judge